# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ERNESTO ACEVEDO-CRUZ,<br><br>　　　　　　Defendant. | CASE NO.:   22CR731-JLS<br><br>Hon. Janis L. Sammartino<br>Courtroom 4D<br><br>**ORDER** |

JOINT MOTION HAVING BEEN ENTERED by the parties, and

GOOD CAUSE appearing, IT IS HEREBY ORDERED, that defendant's Motion Hearing/Trial Setting of April 8, 2022 at 1:30 p.m. be continued to **May 13, 2022 at 1:30 p.m. before the Honorable Janis L. Sammartino.**

For the reasons set forth in the joint motion, time is excluded from the Speedy Trial Act to allow for preparation of Mr. Acevedo-Cruz's defense and in the interests of justice, 18 U.S.C. §3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated:  April 6, 2022

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge